DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

MATTHEW PANNELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1466
————————————————

May 27, 2026

Appeal from the Circuit Court for Pinellas County; Michael F. Andrews, Judge.

Blair Allen, Public Defender, and Maureen E. Surber, Assistant Public Defender, Bartow, for Appellant.

Matthew Pannell, pro se.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, SMITH, and GUARD, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.